IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 20-325-RGA |
| | : | |
| ALKEM LABORATORIES LIMITED and ASCEND LABORATORIES, LLC, | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

WHEREAS, the above-captioned case was stayed on October 6, 2020, due to litigation that is presently pending before the Court *(Takeda Pharmaceuticals U.S.A., Inc., v. Mylan Pharmaceuticals, Inc.*, C.A. No. 19-2216-RGA) (D.I. 45);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the related litigation has been resolved so this case may be reopened and other appropriate action may be taken.

October 6, 2020         /s/ Richard G. Andrews
   DATE                  UNITED STATES DISTRICT JUDGE